UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                 Plaintiff,

        -against-                         **MEMORANDUM OF DECISION AND ORDER**
                                                     04-CV-5263 (DRH)(WDW)

VALERIE CHESTER a/k/a
VALERIE L. JACKSON,

                 Defendant.

_____

**APPEARANCES:**

**For the Plaintiff:**
**Michael T. Sucher**
26 Court Street, Suite 2412
Brooklyn, N.Y. 11242

**HURLEY, District Judge:**

        On July 14, 2005, United States Magistrate Judge William D. Wall issued a Report and Recommendation as to the amount of damages to be awarded Plaintiff due to Defendant's default.

        The Report advised that any party must file objections within 10 days of the date of the report, and that failure to file objections would result in a waiver of the right to appeal the final order of this Court. *See* Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1). More than 10 days have elapsed since the Report was issued and to date, no party has filed any objections.

        The Court has reviewed the Report and Recommendation of Judge Wall for clear error, and the Court concurs in both its reasoning and its result. Accordingly, the Court adopts the July 14, 2005 Report and Recommendation of Judge Wall as if set forth herein.

The Clerk of the Court is hereby directed to enter a judgment in favor of Plaintiff against Defendant in the amount of $7,805.38, plus interest from February 11, 2005 to the date of judgment, plus costs in the amount of $30 and attorney's fees in the amount of $1,125.  Upon entry of judgment, the Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated: Central Islip, N.Y.
      August 8, 2005

/s_____
Denis R. Hurley,
United States District Judge